UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFFERY E. SHORT
          Plaintiff(s)

     v.                             **Judgment in a Civil Case**

CHARLES L. MANN, SR.; WILLIS J.
FOWLER; ANDREW P. TERRELL;
ROBERT C. LEWIS
          Defendant(s)                Case Number: 5:09-CT-3155-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on February 16, 2011, with service on:
Jeffery E. Short  0368004, Albemarle Correctional Center, P.O. Box 460, Badin, NC  28009 (via U.S. Mail)
Elizabeth F. Parsons (via CM/ECF Notice of Electronic Filing)

February 16, 2011                   /s/ Dennis P. Iavarone
                                         Clerk

Raleigh, North Carolina